UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 25-6970-MWF(ASx)**                Date:  June 23, 2026

Title        ***Cassandra Webb v. Puffy LLC***

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 25, 2026, the parties filed a Stipulation to Extend Deadlines (the "Stipulation").  That same day, the Court filed an Order Granting Stipulation to Extend Deadlines (the "Order").  (Docket Nos. 42 and 43).  The Order extended the deadline for Defendant Puffy, LLC ("Puffy") to respond to Plaintiff's First Amended Complaint ("FAC"), to April 27, 2026.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 2, 2026**.

■ By Defendant: Response to the Complaint.

    OR

■ By Plaintiff: Application to Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **July 2, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.

---

CV-90 (03/15)                Civil Minutes – General                Page **1** of **1**