Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA WEBB, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-06970-MWF-AS |
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| PUFFY LLC, | Hon. Michael W. Fitzgerald |
| *Defendant*. | |

Notice of Voluntary Dismissal                    Case No. 2:25-cv-06970-MWF-AS

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cassandra Webb dismisses, without prejudice, all claims against Defendant Puffy LLC.

Dated: July 2, 2026

Respectfully submitted,

By: */s/ Grace Bennett*
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

Notice of Voluntary Dismissal              1              Case No. 2:25-cv-06970-MWF-AS